|  |  |
|---|---|
| UNITED STATES DISTRICT COURT | |
| FOR THE EASTERN DISTRICT OF CALIFORNIA | |

IN RE: STEVEN WAYNE BONILLA

No. 2:25-cv-00127-WBS-CSK
No. 2:25-cv-00128-WBS-CSK
No. 2:25-cv-00129-WBS-CSK
No. 2:25-cv-00148-WBS-CSK
No. 2:25-cv-00149-WBS-CSK
No. 2:25-cv-00151-WBS-CSK
No. 2:25-cv-00184-WBS-CSK
No. 2:25-cv-00185-WBS-CSK
No. 2:25-cv-00187-WBS-CSK

**ORDER**

Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions. On November 29, 2018, the Court declared Plaintiff a vexatious litigant and ordered the Clerk of the Court not to file or assign a civil case number to any proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in Alameda County. (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

1

1  13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of
2  the Court to open a new case for each attempted new pleading and assign it to the Court for
3  review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's
4  Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

5      The Court has reviewed the complaints/petitions filed in the above-captioned cases and
6  finds they are related to Plaintiff's Alameda County criminal conviction.

7      Accordingly, IT IS HEREBY ORDERED that 2:25-cv-00127, 2:25-cv-00128, 2:25-cv-
8  00129, 2:25-cv-00148, 2:25-cv-00149, 2:25-cv-00151, 2:25-cv-00184, 2:25-cv-00185 and 2:25-
9  cv-00187 are DISMISSED; the Clerk of the Court is directed to close these cases.  No further
10  filings will be accepted.

11  Dated:  January 23, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2